UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA MOLENDA, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>HUNGRYROOT, INC.,<br><br>   Defendant. | Civil Action No. 1:23-cv-00678<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Lisa Molenda ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by and through the undersigned, hereby voluntarily dismisses *without prejudice* all claims against Defendant HungryRoot, Inc. Each party shall bear their own costs in this matter.

Dated: April 18, 2023

                Respectfully submitted,

                **BURSOR & FISHER, P.A**.

                By:  */s/ Frederick J. Klorczyk III*
                   Frederick J. Klorczyk III

                Frederick J. Klorczyk III (State Bar No. 320783)
                888 Seventh Avenue
                New York, NY  10019
                Telephone:  (925) 300-4455
                Facsimile:  (925) 407-2700
                Email: fklorczyk@bursor.com